```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EDWARD GREGORY,                                             :
                                                            :
                                Plaintiff,                  :
                                                            :          19-cv-6971 (VSB)
                -against-                                   :
                                                            :                 ORDER
MODELL'S SPORTING GOODS, INC.,                              :
MODELL'S II, INC.,                                          :
                                                            :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/2021

VERNON S. BRODERICK, United States District Judge:

I held an initial conference in this case on March 12, 2020. The parties are directed to file a letter with the Court updating the Court as to the status of the case. Accordingly, it is hereby:

ORDERED that by April 12, 2021, the parties submit a joint letter updating the Court as to the status of the case.

SO ORDERED.

Dated: April 6, 2021
       New York, New York

_____
Vernon S. Broderick
United States District Judge